UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MARLENE HARRIS, tenant in Linden Plaza
Apartments,

                    Plaintiff,

- against -

SHAUN DONOVAN, Secretary of Housing and
Urban Development, et al.,

                    Defendants.
------------------------------------------------------------X

**ORDER**
**13-CV-0984 (SLT)(MDG)**

**GO, United States Magistrate Judge:**

      Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. Plaintiff is advised that several of her neighbors who also reside at the Linden Plaza Apartments have filed complaints in this district alleging very similar facts and claims against the same defendants. See, e.g., 12-CV-4555 (JG)(LB); 12-CV-4901 (WFK)(JMA); 13-CV-982 (JBW)(LB). In each of those cases, the defendants have filed or will be filing shortly motions to dismiss which challenge, in part, the sufficiency of the allegations in the complaints. Since plaintiff may amend her complaint as a matter of course at this juncture, I invite plaintiff to consider filing an amended complaint to address some of the arguments raised by defendants in the other cases. Plaintiff must notify the Court by May 3, 2013 as to whether she plans to file an amended complaint. After plaintiff files an amended complaint or after plaintiff advises that she will not file an amended complaint at that time, I will direct the United States Marshals Service to serve the summons and complaint upon the defendants.

Enclosed is a copy of the "Individual Motion Practices of Magistrate Judge Marilyn D. Go." Both plaintiff and defendants are required to follow them, with one exception: *pro se* parties are automatically exempt from mandatory electronic filing. Parties represented by counsel in *pro se* cases must file all submissions electronically and mail the submission to the *pro se* litigant.

**SO ORDERED.**

                            ___/s/_____
                            MARILYN D. GO
                            United States Magistrate Judge

Dated: April 18, 2013
        Brooklyn, New York